UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION, | No. C04-1648 MJJ (BZ) (Lead Case) |
| This Order relates to: | **BRIEFING ORDER** |
| **C06-5700 MJJ (BZ) BANDAG INC. v. CHEMTURA CORP., et al.** | |

Having reviewed the letters surrounding the dispute governing Katherine Sudaz's invocation of the Fifth Amendment privilege, I have concluded that this is not a dispute capable of informal resolution. Accordingly, plaintiff Bandag, Inc. is granted leave to file an appropriate motion pursuant to the court's regular briefing schedule. Plaintiff shall serve a copy of this Order on the witness.

Dated: February 25, 2008

                                   _____
                                   Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BRIEFING ORD.BANDAG.wpd

1