UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>**This document relates to:**<br><br>**C07-1057 MJJ (BZ)** | No. C04-1648 MJJ (BZ)<br>(Lead Case)<br><br>**BRIEFING ORDER** |

Having received plaintiff Bandag, Incorporated's Motion to Determine the Validity of Fifth Amendment Invocations of Katherine Sudaz or to Compel Further Deposition Testimony if Invocations are Improper noticed for April 16, 2008 hearing, **IT IS ORDERED** as follows:

1. Any opposition, by defendants or counsel for Ms. Sudaz, shall be filed by March 20, 2008;

2. Bandag's reply, if any, shall be filed by March 27, 2008.

Dated: March 6, 2008

                                         /s/ Bernard Zimmerman
                                         Bernard Zimmerman
                                         United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BRIEFING ORDER 3.6.08.wpd

1