UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: RUBBER CHEMICALS )
ANTITRUST LITIGATION, )
) No. C04-1648 MJJ (BZ)
) (Lead Case)
**This document relates to:** )
) **BRIEFING ORDER**
<u>**C06-5700 MJJ (BZ)**</u> ) **(CORRECTING CASE NUMBER THAT**
) **DOCUMENT RELATES TO)**
)
_____)

Having received plaintiff Bandag, Incorporated's Motion to Determine the Validity of Fifth Amendment Invocations of Katherine Sudaz or to Compel Further Deposition Testimony if Invocations are Improper noticed for April 16, 2008 hearing, **IT IS ORDERED** as follows:

1. Any opposition, by defendants or counsel for Ms. Sudaz, shall be filed by March 20, 2008;

2. Bandag's reply, if any, shall be filed by March 27, 2008.

Dated: March 6, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BRIEFING ORDER 3.6.08.CORRECTED ORDER.wpd

1