IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL Docket No. C-04-1648 MMC<br>C-03-1496 MMC<br>C-03-1516 MMC<br>C-03-2477 MMC<br>C-03-2805 MMC<br>C-03-3147 MMC<br>C-03-3418 MMC<br>C-04-0197 MMC<br>C-05-0159 MMC<br>C-05-0211 MMC<br>C-05-2011 MMC<br>C-05-2224 MMC<br>C-06-5700 MMC<br>C-07-1057 MMC<br><br>**ORDER CONTINUING STATUS CONFERENCE; DIRECTIONS TO PARTIES** |

Before the Court is a stipulation, signed by counsel for the parties in two of the above-referenced thirteen individual actions, specifically, Case No. 6-5700 and Case No. 7-1057, by which stipulation counsel request the status conference be continued from May 9, 2008 to May 23, 2008. The stipulating parties also indicate they believe none of the other eleven actions is "active."

Good cause appearing, the status conference is hereby CONTINUED to May 23, 2008. A Joint Status Conference Statement shall be filed no later than May 16, 2008.

If the parties to any case other than Case No. 6-5700 or Case No. 7-1057 are of the view that their action, or any part thereof, remains active, such parties are obligated to participate in the preparation of the Joint Status Conference Statement and to attend the May 23, 2008 Status Conference.

If the parties to any case other than Case No. 6-5700 or Case No. 7-1057 are of the view that their action has been entirely resolved, such parties are not obligated to participate and attend as set forth above, provided they either: (1) file, no later than May 16, 2008, a separate statement in which they identify the orders and/or docket entries that have resolved the case; or (2) file, no later than May 16, 2008, a dismissal or other document that indicates all pleaded claims have been resolved and that closure of the case is appropriate.

**IT IS SO ORDERED.**

Dated: April 25, 2008

MAXINE M. CHESNEY
United States District Judge